UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20676-CR-ALTONAGA

UNITED STATES OF AMERICA,

vs.

RICHARD DANIEL,

Defendant.
_______________________________________/

**UNITED STATES' NOTICE OF APPEAL**

NOTICE is hereby given that the United States of America, pursuant to Title 18, United States Code, Section 3731, Title 18 United States Code, Section 3742(b), and Title 28, United States Code, Section 1291, appeals to the United States Court of Appeals for the Eleventh Circuit from the Amended Judgment and Commitment Order entered on August 28, 2024, as to Richard Daniel [DE 391].

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

*/s/ Alicia E. Shick*
Alicia E. Shick
Assistant U.S. Attorney
Florida Bar No. 124842
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: 954-660-5793
Email: Alicia.Shick@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on September 24, 2024, with the Clerk of the Court using CM/ECF.

*/s/ Alicia E. Shick*
Alicia E. Shick
Assistant U.S. Attorney